# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

147816

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 147816
                                          COA: 310489
                                          Genesee CC: 10-027943-FH

RANDY ALLEN LYNCH,
          Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the August 20, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



h1216

                                Clerk